FILED

06/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0117

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE No. 21-0117

Henry and Diane Belk,

      Plaintiffs and Appellants

vs.

Montana Department of Environmental Quality, an agency of the State of Montana, and Glacier Stone Supply, LLC,

      Defendants and Appellees,

State of Montana by and through the Office of the Attorney General,

      Intervenor,

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellants have moved the Court for an extension of time to and including August 6, 2021, to file their Opening Brief. The motion being unopposed, and finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief is due on or before August 6, 2021.

DATED AND ELECTRONICALLY SIGNED BELOW

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 18 2021